**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------X
UNITED STATES OF AMERICA            :
                                    :
     -against-                      :    No. 96 Cr. 126 (JFK)
                                    :
IRVING MASON,                       :           **ORDER**
                                    :
               Defendant.           :
-----------------------------------X

**JOHN F. KEENAN, United States District Judge:**

   The Government is directed to file its response to Defendant Irving Mason's motion for compassionate release, (ECF No. 825), by no later than November 19, 2020. Mason's reply, if any, is due by no later than November 30, 2020. Absent further order, the motion will be considered fully submitted as of that date.

   The Clerk of Court is respectfully directed to electronically notify the Criminal Division of the U.S. Attorney's Office for the Southern District of New York that this Order has been issued.

**SO ORDERED.**

Dated:  New York, New York
        November 5, 2020

                                    _____
                                    John F. Keenan
                                    United States District Judge