UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**MEMO ENDORSED**

UNITED STATES OF AMERICA,

                Plaintiff,

- versus –

MOTION FOR SEALING ORDER

Docket No. 96-cr-126

IRVING MASON,

                Defendant.

PLEASE TAKE NOTICE THAT the defendant, Irving Mason, by and through his attorney JaneAnne Murray, and with the consent of the government (communicated by AUSA Kyle A. Wirshba), hereby moves the Court for an Order sealing his medical records, attached as Exhibit C, to his motion for compassionate release, filed on November 2, 2020, #52.

Dated: November 5, 2020.

                Respectfully Submitted,

                /s/

                JANEANNE MURRAY
                Murray Law LLC
                The Flour Exchange Building
                310 South Fourth Avenue, Suite 5010
                Minneapolis, MN 55415
                Tel. (612) 339-5160
                jm@mlawllc.com
                Attorney for Mr. Mason

**MEMO ENDORSED**

The Government having no objection, Defendant's request to seal his medical records, attached as Exhibit C to his recently filed motion for compassionate release, ECF No. 825, is GRANTED.

SO ORDERED.

Dated:  New York, New York
          November 10, 2020

                                      John F. Keenan
                                      United States District Judge